AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF _____

USA
v.
Donna Jadoa

Defendant's EXHIBIT LIST

FILED
2004 NOV 22 P 3: 44
U.S. DISTRICT COURT
HARTFORD, CT.

CASE NUMBER: _____

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Chatigny | E. Glover | R. Crawford |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| | D. Warner | L. Kunofsky |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 11-22-04 | | ✓ | Letter dt'd 7-13-04 from Dr. Lorenzo |
| | 2 | " | | ✓ | |
| | | | | | |
| | | | | | Exhibits rel'd |
| | | | | | |
| | | | | | [signature] |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages