AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF _____

U.S.A.
v.
Donna Zadora

Defendant's WITNESS LIST

CASE NUMBER: 3:03CR97(RNC)

FILED
2004 NOV 22 P 3:43
U.S. DISTRICT COURT
HARTFORD, CT.

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Chatigny | E. Glover | R. Cramer |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|  | D. Warner | L. Kunofsky |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 11-22-04 |  |  | Dr. Julia Rames Grainer, Canton, CT. |
|  | 2 | " |  |  | Dr. Oliver Diaz, Burlington, CT |
|  | 3 | " |  |  | R. Ksiazkiewicz, Bristol, CT. |
|  | 4 | " |  |  | Donna Zadora, Bristol, CT. |
|  | 5 | " |  |  | Jennifer Philips, Bristol, CT. |
|  | 6 | " |  |  | Maryann Zajrodnik, Bristol, CT. |
|  | 7 | " |  |  | Joan Newton, Bristol, CT. |
|  | 8 | " |  |  | Mr. Zadora, Bristol, CT. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages